# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CARLOUS HORTON**　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
Reg. #22997-045

V.　　　　　　　　　No. 2:25-cv-00176-JM-ERE

**DOE**
**WARDEN, FCI-FORREST CITY**　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, the timely objections, and a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Petitioner's motion for emergency injunctive relief (*Doc. 13*) is DENIED.

IT IS SO ORDERED, this 28th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE