IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CARLOUS HORTON**                                                                                       **PETITIONER**
**Reg. #22997-045**

**V.**                                          **No. 2:25-cv-00176-JM-ERE**

**WARDEN, FCI-FORREST CITY**                                                      **RESPONDENT**

## JUDGMENT

Consistent with today's Order, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE